IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 11-227 |
| TERRELL DAVIS AND | : | |
| JAMAR BLACKSHEAR | : | |

## O R D E R

**AND NOW**, this  7th  day of  November , 2011, upon consideration of the Government's Motion *in Limine* to Admit Evidence of Defendant Terrell Davis's Prior Convictions, and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**