IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| vs. | : | CRIMINAL NO. 11-227-2 |
| TERRELL DAVIS | : | |
| | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 10th day of November, 2011, came the attorney for the Government and the defendant being present with counsel, and

[] The Court having granted the defendant's motion for judgment of acquittal as to:

[] A jury has been waived, and the Court has found the defendant not guilty as to:

[X] The jury has returned its verdict, finding the defendant not guilty as to: Count 2 .

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

/s/ R. Barclay Surrick
U.S. District Judge

cc: U.S. Marshal
    Probation Office
    Counsel

| 11/10/2011 | M. Finney |
| --- | --- |
| Date | By Whom |

Cr 1 (4/2006)